Toni Herstein et al., Respondents, *v.* Marlin Transportation Corporation et al., Defendants, and Colony Service Corp., Appellant.

Supreme Court, Appellate Term, First Department, February 1, 1962.

*Raymond J. MacDonnell* and *Jacob Sedlik* for appellant. *Herman B. Glaser* for respondents.

*Per Curiam.* The order from which this appeal is taken granted a motion to vacate the dismissal of the action for failure to prosecute and restored the case to the general calendar on stated conditions.

No leave to appeal therefrom was first obtained. Such leave is indispensable (N. Y. City Mun. Ct. Code, § 154, subd. 7).

The appeal should therefore be dismissed, without costs.

Concur — Hecht, J. P., Gold and Capozzoli, JJ.

Appeal dismissed, etc.